IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DERECK DAWSON**                                                                                           **PETITIONER**
Reg #19133-076

V.                            CASE NO.: 2:17-CV-115-DPM-BD

**GENE BEASLEY, Warden,**
Federal Correctional Institution,
Forrest City, Arkansas                                                                                       **RESPONDENT**

### RECOMMENDED DISPOSITION

**I.   Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. If he wishes, Mr. Dawson may file written objections to this Recommendation. Objections must be specific and must include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Dawson may also waive any right to appeal questions of fact.

**II.   Discussion**

Dereck Dawson, formerly an inmate at the Federal Correctional Institution in Forrest City ("FCI"), filed this *pro se* habeas corpus petition on July 10, 2017. (Docket entry #1) Mr. Dawson has been released from custody, as evidenced by the Third Amended Judgment in a Criminal Case attached to Warden Beasley's response (#7-4),

the Bureau of Prison's inmate locater, and by mail returned to the Court as undeliverable on August 28, 2017, September 18, 2017, and December 13, 2017. (#6, #8, #10)

On November 9, 2017, the Court ordered Mr. Dawson to show cause, within 30 days, why his case should not be dismissed as moot due to his release from the custody of Respondent Beasley. (#9) In the same order, the Court also directed Mr. Dawson to update his address within 30 days and cautioned him that failure to comply with the order would result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure. (#9 at 1) Mr. Dawson has not responded to the order.

The Court is hesitant to recommend dismissal of a habeas petition based solely on a failure to comply with local rules in light of the strict limitations applicable to habeas corpus petitions. In this case, however, Mr. Dawson has not explained why his case is not moot; and he has failed to notify the Court of his current address. Furthermore, Warden Beasley's response to the petition, supported by documents, provides strong evidence that this lawsuit is moot.

### III. Conclusion

For the reasons set forth above, the Court recommends that Mr. Dawson's petition be dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's November 9, 2017, Order and failure to prosecute this petition.

DATED this 25th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE