# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**DERECK DAWSON**  
Reg. #19133-076                                              PETITIONER

v.                    No. 2:17-cv-115-DPM

**USA and GENE BEASLEY,**  
Warden, FCI - FORREST CITY                         RESPONDENTS

## ORDER

Unopposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Dawson's petition will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*[signature]*  
D.P. Marshall Jr.  
United States District Judge

15 February 2018