IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DERECK DAWSON
Reg. #19133-076                                                         PETITIONER

v.                    No. 2:17-cv-115-DPM

USA and GENE BEASLEY,
Warden, FCI - FORREST CITY                                              RESPONDENTS

## JUDGMENT

Dawson's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 February 2018